MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTEEN MARIE OBERTS, | ) Civil No. 1:18-cv-00142-GSA |
|     Plaintiff, | ) **STIPULATION AND PROPOSED ORDER** |
| | ) **FOR A FIRST EXTENSION OF TIME** |
|     v. | ) **FOR DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension because the undersigned has a very heavy workload, especially with additional administrative duties for the end of the federal fiscal year.

Stip. to Extend Def.'s Responsive Brief

1

The new due date for Defendant's responsive brief will be Monday, November 12, 2018.

Respectfully submitted,

Date: *October 12, 2018*            LAW OFFICES OF STUART T. BARASCH

By:    */s/ Stuart Barasch\**
       STUART BARASCH
       *\* By phone authorization on October 12, 2018*
       Attorney for Plaintiff

Date: *October 12, 2018*            MCGREGOR W. SCOTT
                                       United States Attorney

By:    */s/ Michael K. Marriott*
       MICHAEL K. MARRIOTT
       Special Assistant United States Attorney
       Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated: **October 14, 2018**            **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE