MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTEEN MARIE OBERTS, ) | Civil No. 1:18-cv-00142-GSA |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER** |
| ) | **FOR A SECOND EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER** |
| ) | **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension because the undersigned has a very heavy workload, including the recent competition of three different district court merits hearings, which necessitated significant preparation time and effort.

Stip. to Extend Def.'s Responsive Brief

1

The new due date for Defendant's responsive brief will be Wednesday, December 12, 2018.

Respectfully submitted,

Date: *November 13, 2018*       LAW OFFICES OF STUART T. BARASCH

By: */s/ Stuart Barasch**
STUART BARASCH
*\* By email authorization on November 13, 2018*
Attorney for Plaintiff

Date: *November 13, 2018*       MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated: **November 14, 2018**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE